# United States Court of Appeals for the Federal Circuit

## **E R R A T A**

February 20, 2009

Appeal No. 2008-1050, <u>Revolution Eyewear v. Aspex Eyewear</u>

Precedential Opinion

Decided:   February 13, 2009

_____

Please make the following change:

Page 9, line 16, change the word "it" in the clause "shielded by the covenant should it be returned . . . "   so that the clause reads:

"shielded by the covenant should the same eyewear be returned . . ."